

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00051-CV

JERRY LAZA, Appellant

V.

CITY OF PALESTINE, TEXAS, Appellee

On Appeal from the 349th District Court
Anderson County, Texas
Trial Court No. DCCV16-356-349

Before Morriss, C.J., Burgess and Stevens, JJ.

## O R D E R

Our clerk's office has received correspondence from attorney Nicholas Mosser addressed to the clerk of this Court dated December 7, December 14, and December 28, 2021, requesting that this Court provide Mosser with copies of administrative emails relative to this case and demanding that the clerk of this Court instruct the district court clerk to file a supplemental clerk's record that includes the trial court's docket sheet. Because Mosser has failed to comply with the requirements of Rule 10.1 of the Texas Rules of Appellate Procedure and/or Rule 12 of the Texas Rules of Judicial Administration, the requested relief is denied. *See* TEX. R. APP. P. 10.1; TEX. R. JUDICIAL ADMIN. 12. This Court admonishes Mosser to comply with Rule 10.1 of the Texas Rules of Appellate Procedure in the future.

IT IS SO ORDERED.

BY THE COURT

Date:   December 28, 2021